UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES Trustee, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:23-cv-00502-JPH-MKK |
| KINGERY & SONS CONSTRUCTION, INC., Clerk's Entry of Default Entered on 5/12/2023, | ) ) ) ) ) |
| Defendant. | ) |

**FINAL DEFAULT JUDGMENT**

Judgment in favor of Plaintiffs is hereby entered against Defendant in the amount of $8,260.93.

Date: 6/27/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel

1